IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



LUMINITA DRAGULESCU, Ph.D.,

    Plaintiff,

v.                                  Civil Case No. 3:16cv573

VIRGINIA UNION UNIVERSITY,
et al.,

    Defendants.

### ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby ORDERED that the MOTION TO DISMISS COUNT III OF THE FIRST AMENDED COMPLAINT (ECF No. 14) is granted and Count III of the Amended Complaint is hereby dismissed with prejudice as to all Defendants.

It is so ORDERED.

                                      /s/   REP
                                Robert E. Payne
                                Senior United States District Judge

Richmond, Virginia
Date: December 8, 2016